UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:      Christopher Keathen Middleton

CASE NO.:    10-10935
DEBTOR

ORDER DISMISSING CHAPTER 13 CASE
AND IMPOSING A THREE YEAR BAR TO FILING A PETITION FOR
RELIEF UNDER ANY CHAPTER OF THE UNITED STATES BANKRUPTCY CODE

For reasons orally assigned at a hearing held November 3, 2010,

**IT IS ORDERED** that this case is **DISMISSED, and that the debtor is prohibited from filing a petition for relief under any chapter of the United States Bankruptcy Code for three years**, the automatic stay is terminated.

**IT IS FURTHER ORDERED** that the trustee is awarded a $50.00 administrative fee payable from funds in her possession if the court has not confirmed a plan.

**IT IS FURTHER ORDERED** that upon the filing of the Trustee's Report Upon Dismissal, the trustee is discharged from and relieved of his or her trust.

Baton Rouge, Louisiana, November 8, 2010.

**S/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE